Order entered December 6, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01269-CV

**CITY OF DALLAS, Appellant**

V.

**TEXAS EZPAWN, L.P. D/B/A EZ MONEY LOAN SERVICES, Appellee**

On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-03373-A

# ORDER

The Court has before it appellee's December 3, 2012 unopposed motion for extension of

time to file brief. The Court **GRANTS** the motion and **ORDERS** appellant to file its brief by

January 4, 2013.

MOLLY FRANCIS
JUSTICE